# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ANDRAE MARC JOHNSON,**

      **Plaintiff,**

v.                                      Case No: 6:23-cv-844-PGB-DCI

**THE CITY OF ORLANDO, HARRISON JOHN KARDON RAINS, U.S. EQUITY ADVANTAGE, INC. and OLEA LAVERNE MITCHELL,**

      **Defendants.**

_____/

## **ORDER**

This cause is before the Court on the following filings:

1. Defendant U.S. Equity Advantage, Inc.'s Motion to Dismiss Claim III of Plaintiff's Amended Complaint (Doc. 28), and Plaintiff's response in opposition (Doc. 32);

2. Defendants City of Orlando and Harrison Rains' Motion to Dismiss Amended Complaint and Defendant City of Orlando's Motion to Strike Plaintiff's Claim for Prejudgment Interest (Doc. 35), and Plaintiff's response in opposition (Doc. 39); and

3. Plaintiff's Motion for Clerk's Default Against Defendant Olea Laverne Mitchell (Doc. 37).

Magistrate Judge Daniel C. Irick submitted a Report recommending that the aforementioned Motions be granted in part and denied in part. (Doc. 47). No parties have filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation, filed November 20, 2023 (Doc. 47), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. Defendants City of Orlando and Harrison Rains' Motion to Dismiss Amended Complaint and Defendant City of Orlando's Motion to Strike Plaintiff's Claim for Prejudgment Interest (Doc. 35) is **GRANTED**;

3. Counts V, VI, and VII are **DISMISSED WITH PREJUDICE**;[1]

4. Defendant U.S. Equity Advantage, Inc.'s Motion to Dismiss Claim III of Plaintiff's Amended Complaint (Doc. 28) is **DENIED AS MOOT**;

5. Plaintiff's Motion for Clerk's Default Against Defendant Olea Laverne Mitchell (Doc. 37) is **DENIED AS MOOT**; and

6. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 11, 2023.

---

[1] As discussed in the Report, considering the Court's dismissal of Plaintiff's federal claims, the Court declines to exercise supplemental jurisdiction over the remaining state law claims.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties